UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-249-D
No. 5:14-CR-221-D

UNITED STATES OF AMERICA,
Plaintiff,

vs.

MICHAEL JAMAL ALLEN,
Defendant.

**ORDER GRANTING
MOTION TO SEAL**

This matter is before the Court on Defendant's Motion to Seal.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Clerk is directed to seal

the Motion filed at D.E. **25**.

SO ORDERED. This **22** day of October 2018.

JAMES C. DEVER III
United States District Judge