UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Jamal Allen**  Docket No. 5:18-CR-249-1D

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Jamal Allen, who, upon an earlier plea of guilty to Distribution of a Quantity of Heroin, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 1, 2019, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Michael Jamal Allen was released from custody on September 20, 2021, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 6, 2021, in Vance County, North Carolina, Allen was charged with Driving While License Revoked and Fictitious Registration (21CR704400). The charges as still pending. Additionally, on December 7, 2021, he tested positive for marijuana and admitted to using marijuana about a week prior to the urinalysis. Based on these violations, a 45-day period of Location Monitoring (Curfew) is being recommended. Allen will also be continued in the Surprise Urinalysis Program and will be referred for substance abuse counseling. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 45 consecutive days. The defendant is restricted to him residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: December 8, 2021

Michael Jamal Allen
Docket No. 5:18-CR-249-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this \_\_\_9\_\_\_ day of \_\_\_December\_\_\_, 2021, and ordered filed and made a part of the records in the above case.

_____/s/ Dever_____
James C. Dever III
U.S. District Judge